FILED30 APR '21 10:34USDC-ORP

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

U.S. District of Oregon

_____ Division

|  |  |
|---|---|
| Earnest J. Dampier | Case No. 3:21-CV-00135-AA |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Multnomah County Sheriff's Office; See attached | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your amended complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendant No. 2     Officer Richardson
                    shield number 60015
                    Multnomah County Inverness Jail
                    11540 NE Inverness Dr.
                    Portland, OR 97220

Defendant No. 3     Seargent Brown
                    unknown shield number
                    Multnomah County Inverness Jail
                    11540 NE Inverness Dr.
                    Portland, OR 97220

Defendant No. 4     Eddie Clime
                    Kitchen staff
                    Multnomah County Inverness Jail
                    11540 NE Inverness Dr.
                    Portland, OR 97220

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Amended Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the amended complaint.  Attach additional pages if needed.

Name                          Earnest J. Dampier

All other names by which
you have been known:

ID Number                     689736

Current Institution           Multnomah County Inverness Jail

Address                       11540 NE Inverness Dr.

Portland                      OR          97220
City                          State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the amended complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this amended complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          Multnomah County Sheriff's Office

Job or Title *(if known)*

Shield Number

Employer

Address                       12240 NE Glisan St

Portland                      OR          97230
City                          State       Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                          Officer Richardson

Job or Title *(if known)*     uknown

Shield Number                 60015

Employer                      Multnomah County Inverness Jail

Address                       11540 NE Inverness Dr.

Portland                      OR          97220
City                          State       Zip Code

☐ Individual capacity    ☒ Official capacity

Page 2 of 11

Defendant No. 3
Name — Sgt. Brown
Job or Title *(if known)* — Sergent
Shield Number — unknown
Employer — Multnomah County Inverness Jail
Address — 11540 NE Inverness Dr.
Portland    OR    97220
*City    State    Zip Code*

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name — Eddie Clime
Job or Title *(if known)* — kitchen staff
Shield Number —
Employer — Multnomah County Inverness Jail
Address — 11540 NE Inverness Dr.
Portland    OR    97220
*City    State    Zip Code*

[ ] Individual capacity  [X] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Officials of Inverness Jail violated the 8th Amendment right by denying adequate medical (dental) care while I was incarcerated.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

All defendants are officials of Multnomah County Inverness Jail and were acting under lawful authority during the events that arose in this case.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events in this claim arose in Multnomah County Inverness Jail, Dorm 13 on May 10th 2020 at approximately 11:55am during inmate lunch time.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

_See attached_

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

_See attached_

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

two broken molars (#15 and 16), irreversible pulpitis, symptomatic apical periodontitis, pulpal necrosis, partial removal and troughing of the buccal jaw bone, both non-restorable teeth, both teeth extracted

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking monetary compensation in the amount of $50,000.00 for my pain and suffering, permanent injury of the loss of two teeth and partial jaw bone, and for the overall disregard for my health given the risk of infection that prolonging treatment creates.

IV. c

May 10th at approximately 11:55am
    Bit a rock that was concealed inside
    jail food. Resulted in broken teeth.

May 10th at approximately 12:00 pm
        reported incident to unknown officer
        on duty.

May 10th at approximately 12:15 pm
        Requested Medical / Dental

May 10th at 5:46 pm
        Submitted grievance form to
        Officer Richardson

May 10th at 6:30 pm
        Grievance form was forwarded to
        Sgt. Brown

May 10th at 10 pm
        Grievance form forwarded to
        Kitchen staff.

IV. C continued

unknown date (May 10th?)
    Dental appointment scheduled for
    May 21st 2020

May 13th (no stated time)
    Grievance was considered resolved
    including resolution statement by
    Eddie Clime.

May (12-14th?) actual date uknown
    Requested medical again.
    Requested to be seen sooner than
    May 21st 2020.

May 15th (no stated time)
    Request to have dental exam
    sooner was denied by the Medical
    dept.

May 21st at 12:00 pm
    Had exam and extraction of teeth
    and jaw bone

IV. D

On May 10th at about 11:55am when I took 1 bite of food that was on my lunch tray, I bit into something very hard. I heard my teeth crack and felt the crumbles in my mouth. I was in severe pain immediately. Daniel Clark (another inmate) witnessed the incident. He was sitting right next to me when I hit the rock. He also seen the rock when I removed it from my mouth.

I immediately reported the incident to the officer on duty. I also requested medical/dental right after that. Medical was scheduled 11 days away on May 21st 2020.

After about 3-4 days of pain^swelling and difficulty eating, I requested medical again asking to be seen sooner. My teeth continued to crumble.

On May 15th I recieved a letter back from medical denying my request for an earlier appointment due to "Covid" and having "limited dental appointments"

On May 21st I was seen by Daniel Skourtes DMD. I had x-rays and exam. It was determined by Dr. Skourtes that molar number 15 and 16 were both broken.

IV.D continued

He diagnosed irreversible pulpitis, symptomatic apical periodontitis, pulpal necrosis. I had to have a portion of the buccal jaw bone removed/troughed. Both teeth were deemed non-restorable and needed to be extracted.

The delay in exam and treatment by the disregard of ~~the~~ my serious medical needs by the officers involved resulted in excessive, unnecessary pain and suffering. The delay in treatment jeopardized my health with the risk of infection, further worsened my injury and resulted in the permanent loss of two molars which could have possibly been prevented had treatment been provided sooner.

All the staff involved knew about the incident and were aware of the seriousness of a broken tooth, yet no one took appropriate action to ensure I was treated sooner. The jail staff all knew that I was in pain because it was mentioned in the grievance they all ~~received~~ received and signed. Jail staff disregarded my serious medical need and failed to take reasonable measures to address this serious medical need. The grievance was disregarded by all it was forwarded to besides Eddie Cline who's only resolution was, "I need to check

IV. D continued

a couple things" This statement does not demonstrate resolution. The request to see dental sooner than the 11 day wait period were all ignored.

Due to the failure to treat my injury in the time that is recommended by dental professionals, I endured unnecessary pain, swelling, difficulty eating and the permanent loss of two teeth and partial jaw bone.

Its possible some of this could have been prevented if dental care was given sooner.
The pain and suffering didn't have to go on as long as it did

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Multnomah County Inverness Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this amended complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this amended complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Multnomah County Inverness Jail - Dorm 13

2.   What did you claim in your grievance?

See attached copy of Grievance form

3.   What was the result, if any?

Grievance was considered resolved by Eddie Clime on 5/13/20. He resolved the case by commenting, "I need to check a couple of things..."

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The grievance process was completed by Eddie Clime and at that point was named resolved.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this amended complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _____

3.  Docket or index number
    _____

4.  Name of Judge assigned to your case
    _____

5.  Approximate date of filing lawsuit
    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this amended complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    April 23, 2021

Signature of Plaintiff    *Earnest J. Dampier*
Printed Name of Plaintiff    Earnest J. Dampier
Prison Identification #    689736
Prison Address    11540 NE Inverness Dr.
Portland                      OR        97220
　　　　　　　　　　　　　*City*　　　　　　　*State*　　　*Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
　　　　　　　　　　　　　*City*　　　　　　　*State*　　　*Zip Code*
Telephone Number    _____
E-mail Address    _____

# MULTNOMAH COUNTY INMATE GRIEVANCE FORM Grievance DB#_____

| Date: 5/10/20 | **INMATE NAME:** | Dampier | Earnest | Juan. |
|---|---|---|---|---|
| SWIS #: 609736 | | Last | First | Middle |
| Room/Bunk# 13-1 | Facility: | ☐ MCDC ☒ MCIJ ☐ MCCF | ☐ MCHJ ☐ MWRC | ☐ MWCF |

## →DISCIPLINARY PROCESS IS NOT GRIEVABLE←

See the Inmate Manual for Grievance Process. There will be a fee charged for each grievance or appeal filed. If you do not have money, a debit will be charged against your inmate account and deducted when you have money. This fee may be waived under limited circumstances.

**COMPLAINT:** Today around (11:55 Am) I was eating lunch and as I Started with the main Course; I bit into a sharp type rock Causing a Portion of One of my molders to Chip off, and Cause me alot of Pain. I'm not Sure who did this, but the inmates Shouldn't be allowed to Cook Our Food, now I'm Scaired of eating a tray again. because I don't want to bite into another rock.

**Inmate's Signature:** Earnest J. Dampier

### →PLEASE REFER TO THE INMATE MANUAL PAGE 10 FOR THE APPEAL PROCESS←

☐ I wish to appeal the grievance I submitted on ___/___/___ given to _____ and resolved by_____ on

___/___/___ Regarding _____ Grievance DB#_____

### INMATES DO NOT WRITE BELOW THE DOTTED LINE

| Received By Staff Signature: Richardson | Date: 5/10/20 |
|---|---|
| Received By Staff Name (Printed)/DPSST#: Richardson  60015 | Time: 17:46 |

| Forwarded to Dept/Person: Sgt. Brown | Date/Time: 5/10/20  18:30 |
|---|---|

| Resolved By Staff Signature: | Date: |
|---|---|
| Resolved By Staff Name (Printed)/DPSST#: | Time: |
| Resolution Statement: | ☐ Fee Charged : $_____ ☐ Fee Waived |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### DISTRIBUTION:
*Upon Submittal* Give Back Copy To Inmate.    *Upon Resolution*: Original - Inmate Classification File; Photocopy - Inmate, Facility file, Dept file

# MULTNOMAH COUNTY INMATE GRIEVANCE FORM

Grievance DB# 19626

| Date: 5/10/20 | INMATE NAME: | Dampier | Earnest | Juna |
|---|---|---|---|---|
| SWIS#: 689736 | | Last | First | Middle |

| Room/Bunk# 13-1 | Facility: | ☐ MCDC | ☑ MCIJ | ☐ MCCF | ☐ MCHJ | ☐ MWRC | ☐ MWCF |
|---|---|---|---|---|---|---|---|

## →DISCIPLINARY PROCESS IS NOT GRIEVABLE←

See the Inmate Manual for Grievance Process. There will be a fee charged for each grievance or appeal filed. If you do not have money, a debit will be charged against your inmate account and deducted when you have money. This fee may be waived under limited circumstances.

**COMPLAINT:** Today around (11:55 Am) I was eating lunch and as I started with the main Course, I bit into a some typ rock Causing a portion of One of my molder's to Chip off, and Couse me alot of Pain. I'm not Sure who did this, but the inmates shouldn't be allowed to Cook Our food, now I'm scaired of eating a tray again, because I don't want to bite into another Rock.

**Inmate's Signature:** Earnest A. Dampier

### →PLEASE REFER TO THE INMATE MANUAL PAGE 10 FOR THE APPEAL PROCESS←

☐ I wish to appeal the grievance I submitted on ___/___/___ given to _____ and resolved by _____ on ___/___/___ Regarding _____ Grievance DB# _____

## INMATES DO NOT WRITE BELOW THE DOTTED LINE

| Received By Staff Signature: Richardson | Date: 5/10/20 |
|---|---|
| Received By Staff Name (Printed)/DPSST#: Richardson 60015 | Time: 17:46 |

| Forwarded to Dept/Person: KITCHEN | Date/Time: 5/10/20 2200 |
|---|---|

| Resolved By Staff Signature: | Date: 5/13/20 |
|---|---|
| Resolved By Staff Name (Printed)/DPSST#: Eddie Clime | Time: |
| Resolution Statement: | ☐ Fee Charged : $_____ ☐ Fee Waived |

I need to check a couple of things. Did you notify the deputy when this occured and who was it and have you contacted medical yet?

## DISTRIBUTION:

*Upon Submittal* Give Back Copy To Inmate.    *Upon Resolution:* Original - Inmate Classification File; Photocopy - Inmate, Facility file, Dept file

PS-618 REV 3/05

# MULTNOMAH COUNTY INMATE GRIEVANCE FORM

Grievance DB# 19626

| Date: 5/10/20 | INMATE NAME: | Dampier | Earnest | Juna |
|---|---|---|---|---|
| SWIS#: 689736 | | Last | First | Middle |
| Room/Bunk# 13-1 | Facility: ☐ MCDC ☑ MCIJ ☐ MCCF ☐ MCHJ ☐ MWRC ☐ MWCF | | | |

## ➔DISCIPLINARY PROCESS IS NOT GRIEVABLE⬅

See the Inmate Manual for Grievance Process. There will be a fee charged for each grievance or appeal filed. If you do not have money, a debit will be charged against your inmate account and deducted when you have money. This fee may be waived under limited circumstances.

**COMPLAINT:** Today around (11:55 AM) I was eating lunch and as I started with the main Course, I bit into a some type rock Causing a Portion of One of my molders to Chip off, and Cause me alot of Pain. I'm not Sure who did this, but the inmates Shouldn't be allowed to Cook Our food, now I'm scaired of eating a tray again, because I don't want to bite into another rock.

**Inmate's Signature:** Earnest A. Dampier

### ➔PLEASE REFER TO THE INMATE MANUAL PAGE 10 FOR THE APPEAL PROCESS⬅

☐ I wish to appeal the grievance I submitted on ___/___/___ given to _____ and resolved by _____ on ___/___/___ Regarding _____ Grievance DB#_____

## INMATES DO NOT WRITE BELOW THE DOTTED LINE

| Received By Staff Signature: Richardson | Date: 5/10/20 |
|---|---|
| Received By Staff Name (Printed)/DPSST#: Richardson 60015 | Time: 17:46 |

| Forwarded to Dept/Person: KITCHEN | Date/Time: 5/10/20 2200 |
|---|---|

| Resolved By Staff Signature: | Date: |
|---|---|
| Resolved By Staff Name (Printed)/DPSST#: | Time: |
| Resolution Statement: | ☐ Fee Charged : $_____ ☐ Fee Waived |

**DISTRIBUTION:**
*Upon Submittal* Give Back Copy To Inmate.   *Upon Resolution:* Original - Inmate Classification File; Photocopy - Inmate, Facility file, Dept file

**PS-618** REV 3/05



MULTNOMAH COUNTY
HEALTH DEPARTMENT
CORRECTIONS HEALTH

5/15/2020

Earnest Dampier
**eSWIS: 689736**
13-1

We received your Medical Request Form to have your dental appointment scheduled sooner. We do not have any earlier dental appointments. The COVID-19 pandemic we have limited dental appointments.

Thank You
Medical



**Multnomah County**
**Health Department**

MC MEDICAL RECORDS
619 NW 6TH AVE
PORTLAND OR 97209-3964

Dampier, Earnest
MRN: 4062101, DOB: 6/8/1984, Sex: M

## Patient Demographics

| Patient Name | MRN | Legal Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Dampier, Earnest | 4062101 | Male | 6/8/1984 | Unknown<br>PORTLAND OR 97203 | 503-839-6133 (Home)<br>503-284-6133 (Mobile) |

## Tooth Chart

### Last edited on 5/21/2020 by Daniel Skourtes, DMD

*Facial*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

*Lingual*

R — L

*Facial*

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

## Additional Details

**Tooth 8 - Missing**

**Tooth 13 - Missing**

**Tooth 15 - Missing**

**Tooth 16 - Missing**

## Probing Depths

There are no periodontal readings for this patient.

### Planned Treatments as of 4/19/2021

There are no planned treatments.

### Draft Treatments as of 4/19/2021

 **Multnomah County**
**Health Department**

MC MEDICAL RECORDS          Dampier, Earnest
619 NW 6TH AVE              MRN: 4062101, DOB: 6/8/1984, Sex: M
PORTLAND OR 97209-3964

**Draft Treatments as of 4/19/2021 (continued)**

There are no draft treatments.

**Procedures**

There are no additional procedures.

**Completed Treatments since 3/20/2021**

There are no completed treatments.

## Notes
### Patient Demographics

| Patient Name | MRN | Legal Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Dampier, Earnest | 406210 1 | Male | 6/8/198 4 | Unknown PORTLAND OR 97203 | 503-839-6133 (Home) 503-284-6133 (Mobile) |

### Encounter Information

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 5/21/2020 10:41 AM | Daniel Skourtes, DMD | Mc Inverness Dental | 413151541 | MC CORRECTIO |

### Progress Notes by Daniel Skourtes, DMD at 5/21/2020 10:44 AM

Author: Daniel Skourtes, DMD       Service: —                Author Type: Dentist
Filed: 5/21/2020 12:03 PM          Encounter Date: 5/21/2020   Status: Signed
Editor: Daniel Skourtes, DMD (Dentist)

Dental Pain (UL 15 retained root tips, 16 extensive caries, no swelling or inflammation.)

**Vitals:**

|  | 05/21/20 1041 | 05/21/20 1148 |
|---|---|---|
| BP: | 138/88 | 150/89 |
| Pulse: | 66 | 65 |
| PainSc: | 8/10 | |

DA Lim Exam
Instrument Sterilization Verified: Yes
X-Rays Taken: 2 BW, PA
The area of concern is: Upper Left
Duration of concern: more than 1 month
Surgical Extraction
Instrument Sterilization Verified: Yes
Indicate tooth/teeth: 15, 16
Oral Surgery procedure: Surgical extraction
Diagnosis: irreversible pulpitis, symptomatic apical periodontitis, non-restorable, pulpal necrosis
PARQ: Yes - Patient Guardian confirms informed consent using PARQ
Consent form signed?: Yes
Time Out Completed: Yes
Topical anesthetic used: Benzocaine 20%
Local anesthetic administered: Lidocaine 2% w/Epi 1:100,000
Whole number of carpules injected: 2
Fraction of whole carpules injected: .00

Printed at Multnomah County Health Department [503-988-3674]                    Page 2

 **Multnomah County** Health Department

MC MEDICAL RECORDS
619 NW 6TH AVE
PORTLAND OR 97209-3964

Dampier, Earnest
MRN: 4062101, DOB: 6/8/1984, Sex: M

**Progress Notes by Daniel Skourtes, DMD at 5/21/2020 10:44 AM (continued)**

Surgical Flap procedure: none/Does not apply
Handpiece used? For?: yes, bone removed/troughed, buccal
Was the tooth completely removed?: Yes
Was the socket curetted?: Yes
Was irrigation used?: saline and/or water
Was packing material used?: none
Sutures used: no
Was gauze placed?: Yes
Was hemostasis achieved?: Yes
Were post-op instructions given: Instructions given BOTH verbally and written
Is there damage to adjacent teeth or tissues?: no
Patient dismissal condition: All Apply: Patient tolerated well, left in good condition, and POI given
Post Op Pain Management Addressed: Current Meds provide adequate relief
Ohi, nut couns, tob couns.
Present for this,  encounter is:: EFDA

Electronically signed by Daniel Skourtes, DMD at 5/21/2020 12:03 PM

**END OF REPORT**